IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., and COMIC BOOK LEGAL DEFENSE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> MARTHA WONG, in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, and MIKE MORATH in his official capacity as Commissioner of Education, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | 1:23-CV-858-RP |

**ORDER**

Pursuant to this Court's Standing Order, upon the agreement of the assigning and receiving judges, **IT IS ORDERED** that this action is **TRANSFERRED** to the docket of the Honorable Alan D. Albright, United States District Judge for the Western District of Texas.

**SIGNED** on July 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE