# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND

§
§
§
§
§
§

CIVIL NO:
AU:23-CV-00858-ADA

vs.

MARTHA WONG, KEVIN ELLIS, MIKE MORATH

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, August 18, 2023 at 09:00 AM**.

IT IS SO ORDERED this 28th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE