**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Book People, Inc., et al.**

——————————————————————

**-vs-**                                                              Case No.:   **1:23-cv-00858-ADA**

**Martha Wong in her official capacity; Kevin Ellis**
**in his official capacity; and Mark Morath in his**
**official capacity**

——————————————————————


**MOTION FOR ADMISSION *PRO HAC VICE***


TO THE HONORABLE JUDGE OF SAID COURT:

Comes   now   _____**Celyra I. Myers**_____,   applicant   herein,   and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent __**Amici Association of University Presses, et al.**__ in this case, and would

respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Davis Wright Tremaine, LLP**_____,

with offices at

Mailing address:      **1301 K Street NW, Suite 500**

City, State, Zip Code:      **Washington, DC 20001**

Telephone:      **(202) 973-4270**

Facsimile:      **(202) 973-4470**

Email:      **celyramyers@dwt.com**

2.     Since _____**January 2021**_____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____**District of Columbia**_____.

Applicant's bar license number is _____**1721742**_____.

3.     Applicant has been admitted to practice before the following courts:

Court:                                                    Admission date:

**Southern District of New York**                   **August 23, 2022**

**District Court of Maryland**                       **May 31, 2023**

**Northern District of Georgia**                     **My 20, 2023**

_____     _____

4.     Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**N/a**
_____

_____

5.     Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**N/a**
_____

_____

6.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/a**
_____

7.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and

will comply with the standards of practice set out therein.

8.     Select one:

☐     Applicant has on file an application for admission to practice before the United

States District Court for the Western District of Texas.

☑     Applicant has co-counsel in this case who is admitted to practice before the United

States District Court for the Western District of Texas.

Co-counsel:          **Everett W. Jack; Davis Wright Tremaine LLP**

Mailing address:     **1300 SW Fifth Avenue, Suite 2300**

City, State, Zip Code:     **Portland, Oregon 97201**

Telephone:          **(503) 778-5218**

9.     Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00

*pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable

to: **Clerk, U.S. District Court**].

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10

days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing

in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Celyra I. Myers**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**Celyra I. Myers**_____
[printed name of Applicant]

_____*Celyra Myers*_____
[signature of Applicant]


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __**16th**__ day of _____**August**_____, _____**2023**_____.

_____**Celyra I. Myers**_____
[printed name of Applicant]

_____*Celyra Myers*_____
[signature of Applicant]

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Book People, Inc., et al.**

-vs-

**Martha Wong in her official capacity; Kevin Ellis
in his official capacity; and Mark Morath in his
official capacity**

Case No.  **1:23-cv-00858-ADA**

**O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20____, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

_____**Celyra I. Myers**_____ ("Applicant"), counsel for **Amici Association of University Presses, et al.** and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of **Amici Association of University Presses, et al.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE