United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| Book People, Inc., VBK, Inc., American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund<br>        *Plaintiffs*,<br><br>v.<br><br>Martha Wong, Keven Ellis, Mike Morath,<br>        *Defendants*. | Civil No.<br>AU: 23-CV-00858-ADA |

### DEFENDANTS' OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMT FOR THEIR MOTION TO DISMISS AND RESPONSE IN OPPOSITION TO PLAINTIFFS' PRELIMINARY INJUNCTION

Defendants respectfully request permission for their combined Motion to Dismiss and Response in Opposition to Plaintiffs' Motion for Preliminary Injunction to exceed the page limit by 15 pages, making the combined filing 35 pages. The Defendants' motion and response to Plaintiffs' motion for preliminary injunction are being filed together, rather than separately, and raise complex issues in a case of great importance, and Defendants require these extra pages to adequately present these issues to the Court. They seek this enlargement for good cause and in the interest of justice. Plaintiffs oppose the request.

1

Respectfully submitted,

**ANGELA COLMENERO**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

*/s/ Christina Cella*
**CHRISTINA CELLA**
Assistant Attorney General
Texas State Bar No. 24106199
**AMY PLETSCHER**
Assistant Attorney General
Texas State Bar No. 24113663
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-2952
Facsimile: (512) 320-0667
Christina.Cella@oag.texas.gov
Amy.Pletscher@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, a true and correct copy of the foregoing document was served on all counsels of record.

                                        */s/ Christina Cella*
                                        **CHRISTINA CELLA**
                                        Assistant Attorney General
                                        Texas State Bar No. 24106199

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 16, 2023, I conferred with Plaintiffs' counsel, Laura Prather, who informed me that this motion is opposed.

                                        */s/ Christina Cella*
                                        **CHRISTINA CELLA**
                                        Assistant Attorney General
                                        Texas State Bar No. 24106199