IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DISTRICT OF OREGON
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education,<br><br>        Defendants. | Case No. 1:23-cv-00858-ADA |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for *Amici* Association Of University Presses, Barnes & Noble, Inc., Freedom To Read Foundation, Freedom To Learn Advocates, and American Association Of School Librarians.

Dated: August 17, 2023

Respectfully submitted,

By:   /s/ *Everett W. Jack, Jr.*
      Everett W. Jack, Jr.
      Bar No. 24030263
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
Phone: 503-778-5218
Fax: 503-778-529
everettjack@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Laura Lee Prather**
**Catherine L. Robb**
**Michael J. Lambert**
**Reid Pillifant**
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470
email:  laura.prather@haynesboone.com
            catherine.robb@haynesboone.com
            michael.lambert@haynesboone.com
            reid.pillifant@haynesboone.com

*Attorneys For Plaintiffs*

**Chrissi Cella**
Senior Attorney
General Litigation Division
P.O. Box 12548, Austin, TX 78711-2548
Telephone: (512) 475-2952
Fax: (512) 320-0667
email:  christina.cella@oag.texas.gov

*Attorney for Defendants*

                                                              Respectfully submitted,

                                                              /s/ *Everett W. Jack, Jr.*
                                                              Everett W. Jack, Jr.
                                                              Linda. J. Steinman
                                                              Celyra I. Myers