UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education,<br><br>Defendants. | Case No. 1:23-cv-00858-ADA |

### *AMICI* ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AND THE AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS' RULE 7.1 CORPORATE DISCLOSURE STATEMENTS

Pursuant to Fed. R. Civ. P. 7.1, the Association of University Presses states that it is a non-profit organization organized under the laws of New York that does not have any parent corporations or issue stock and consequently there exists no publicly held corporation which owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1, Barnes & Noble, Inc. states that it is a privately held corporation incorporated under the laws of Delaware with its principal place of business in New York, New York. Barnes & Noble, Inc. is owned by funds advised by Elliott Advisors (UK) Limited. No other companies, private or public own 10% or more of Barnes & Noble, Inc.

Pursuant to Fed. R. Civ. P. 7.1, the Freedom to Read Foundation states that it is a non-profit organization with its principal place of business in Illinois that does not have any parent corporations or issue stock and consequently there exists no publicly held corporation which owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1, the Freedom to Learn Advocates states that it is a non-profit organization with its principal place of business in Virginia that does not have any parent corporations or issue stock and consequently there exists no publicly held corporation which owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1, the American Association of School Librarians states that it is a division of the American Library Association, a non-profit organization with its principal place of business in Illinois, that does not have any parent corporations or issue stock and consequently there exists no publicly held corporation which owns 10% or more of its stock.

Dated: August 17, 2023

Respectfully submitted,

By:   /s/ *Everett W. Jack, Jr.*
Everett W. Jack, Jr.
Bar No. 24030263
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
Phone: 503-778-5218
Fax: 503-778-5299
everettjack@dwt.com

Linda J. Steinman (*pro hac vice motion pending*)
Celyra I. Myers (*pro hac vice motion pending*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
Email:  lindasteinman@dwt.com
            celyramyers@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Laura Lee Prather**
**Catherine L. Robb**
**Michael J. Lambert**
**Reid Pillifant**
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470
email:  laura.prather@haynesboone.com
         catherine.robb@haynesboone.com
         michael.lambert@haynesboone.com
         reid.pillifant@haynesboone.com

*Attorneys For Plaintiffs*

**Chrissi Cella**
Senior Attorney
General Litigation Division
P.O. Box 12548, Austin, TX 78711-2548
Telephone: (512) 475-2952
Fax: (512) 320-0667
email:  christina.cella@oag.texas.gov

*Attorney for Defendants*

                                      Respectfully submitted,

                                      /s/ *Everett W. Jack, Jr.*
                                      Everett W. Jack, Jr.
                                      Linda. J. Steinman
                                      Celyra I. Myers