UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND | § § § § § § | CIVIL NO: AU:23-CV-00858-ADA |
| vs. | | |
| MARTHA WONG, KEVIN ELLIS, MIKE MORATH, AMICI ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE BOOKSELLERS, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS, ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC. | | |

## ORDER SETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING** in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, August 28, 2023 at 09:00 AM**.

IT IS SO ORDERED this 21st day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE