IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CASE NO. 1:23-CV-00858-ADA |
| MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education, | § § § § § § § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) IN EXCESS OF 20 PAGES**

Plaintiffs Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., and Comic Book Legal Defense Fund ("Plaintiffs") file this Unopposed Motion for Leave to File Response in Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in Excess of 20 Pages ("Motion for Leave") and show the following:

1.   Local Rule CV-7(d)(3) states that a response to a motion is limited to 20 pages.

2.  Plaintiffs seek leave to file a Response of 41 pages in order to fully address the many complex legal issues in Defendants' 37-page Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

3.  A copy of the Response is attached.

4.  Plaintiffs seek this relief for good cause and in the interest of justice.

5.  Defendants do not oppose the request.

WHEREFORE, Plaintiffs respectfully request that this Court grant the Motion for Leave and permit Plaintiffs to file their Response in Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in excess of the page limit in the Court's Local Rules.

Respectfully submitted,

 */s/ Laura Lee Prather*
Laura Lee Prather
Texas Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
Texas Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
Texas Bar No. 24128020
michael.lambert@haynesboone.com
William Reid Pillifant
Texas Bar No. 24126157
reid.pillifant@haynesboone.com

**HAYNES AND BOONE, LLP**
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I certify that on the August 23, 2023, I conferred with Defendants' counsel, Christina Cella, by e-mail who informed me that the Motion for Leave is unopposed.

                                            */s/ Michael Lambert*
                                            Michael Lambert

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2023, a true and correct copy of the above document was served via the CM/ECF system on all counsel of record.

                                            */s/ Laura Lee Prather*
                                            Laura Lee Prather