IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education, <br><br> Defendants. | CASE NO. 1:23-CV-00858-ADA |

## ORDER

On this day, the Court considered Plaintiffs Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., and Comic Book Legal Defense Fund's ("Plaintiffs") Unopposed Motion for Leave to File Response in Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in Excess of 20 Pages ("Motion for Leave").

After consideration of the Motion for Leave, the responses, and the replies, if any, the Court finds that the Motion for Leave should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs may file their Response in Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in excess of 20 pages.

Signed this _____ day of _____, 2023.

_____
JUDGE ALAN ALBRIGHT