IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC., d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., and COMIC BOOK LEGAL DEFENSE FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>MARTHA WONG, in her official capacity as chair of the Texas State Library Archives Commission, KEVIN ELLIS, in his official capacity as chair of the Texas Board of Education, and MIKE MORATH, in his official capacity as Commissioner of Education,<br><br>      Defendants. | § § § § § § § § § § **§** § § § § § § § § § § § | Civil Action 1:23-cv-00858-ADA |

**UNOPPOSED MOTION TO FILE
EDUCATIONAL BOOK & MEDIA ASSOCIATION'S *AMICUS CURIAE* BRIEF
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

TO THE HONORABLE DISTRICT JUDGE ALAN ALBRIGHT:

  Educational Book & Media Association respectfully moves, pursuant to the Court's inherent authority, to file a brief as *amicus curiae* supporting the Plaintiffs' Motion for Preliminary Injunction (Doc. 6).  A copy of the proposed brief is filed herewith.

**I. Interest of Amicus Curiae**

  Educational Book & Media Association ("EBMA") is a trade association that represents more than 100 publishers and wholesalers who sell books and educational materials to schools in Texas.  As described in the accompanying amicus brief, EMBA and its members will be

impacted by Texas' newly enacted Restricting Explicit and Adult Designated Educational Resources Act, which is set to become effective on September 1, 2023.  EBMA supports the Plaintiffs' request for relief.

## II. Relief sought.

The Educational Book and Media Association seeks leave of this Court to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction, filed herewith.

Respectfully submitted,

By:  /s/ *Peter D. Kennedy*
   Peter D. Kennedy
   State Bar No. 11296650
   pkennedy@gdhm.com
   Graves, Dougherty, Hearon & Moody, P.C.
   401 Congress Avenue, Suite 2700
   Austin, Texas  78701
   (512) 480-5764
   (512) 536-9908 (Fax)

**ATTORNEYS FOR AMICI CURIAE**
**EDUCATIONAL BOOK AND MEDIA ASSOCIATION**

## CERTIFICATE OF CONFERENCE

I certify that on August 30, 2023, I conferred with counsel of record for Plaintiffs and Defendants regarding whether they opposed the relief requested in this motion, and counsel for both Plaintiffs and Defendants indicated that they have no opposition.

/s/ *Peter D. Kennedy*
Peter D. Kennedy

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

/s/ *Peter D. Kennedy*
Peter D. Kennedy