**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC., d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., and COMIC BOOK LEGAL DEFENSE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> MARTHA WONG, in her official capacity as chair of the Texas State Library Archives Commission, KEVIN ELLIS, in his official capacity as chair of the Texas Board of Education, and MIKE MORATH, in his official capacity as Commissioner of Education, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action 1:23-cv-00858-ADA |

**ORDER**

Pending before the Court is the Motion to File Educational Book & Media Association's *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction. Considering the motion, the pleadings on file, and argument of counsel, the Court concludes that the motion is hereby, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion is in all things GRANTED.

ENTERED: _____, 2023.

_____
UNITED STATES DISTRICT JUDGE