UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND | § § § § § § |
| vs. | |
| MARTHA WONG, KEVIN ELLIS, MIKE MORATH, AMICI ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE BOOKSELLERS, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS, ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC. | |

NO:   AU:23-CV-00858-ADA

### ORDER SETTING ZOOM MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM MOTIONS HEARING by Public Zoom https://txwd-uscourts.zoomgov.com/j/1613131172?pwd=ek9WOFZLeHZXalNYVmFOdkJabDJoQT09 on September 11, 2023 at 03:00 PM.

IT IS SO ORDERED this 8th day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE