UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Book People, Inc., VBK, Inc., American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund**<br>    *Plaintiffs*,<br><br>v.<br><br>**Martha Wong, Keven Ellis, Mike Morath,**<br>    *Defendants.* | **Civil No.**<br>**AU: 23-CV-00858-ADA** |

### Defendants' Notice of Appeal

Defendants Martha Wong, in her official capacity as Chair of the Texas State Library and Archives Commission, Keven Ellis, in his official capacity as Chair of the Texas State Board of Education, and Mike Morath, in his official capacity as Commissioner of the Texas Education Agency appeal to the United States Court of Appeals for the Fifth Circuit from the trial court's Order issued on September 18, 2023, which denied Defendants' sovereign immunity defense, standing defense, and granted Plaintiffs' preliminary injunction. EFC No. 43. This appeal is authorized under *Puerto Rico Aqueduct & Sewer Auth. V. Metcalf v. Eddy, Inc.*, 506 U.S. 139, 147 (1993) (holding that "an order denying a motion to dismiss a suit against a named State would be immediately appealable"); *Planned Parenthood Gulf Coast, Inc. v.*

*Phillips*, 24 F.4ᵗʰ 442, 450 (5th Cir. 2022) (finding that an assertion of sovereign immunity gives rise to jurisdiction of an interlocutory appeal); 28 U.S.C. § 1292(a)(1).

The denial of immunity raised in the Defendants' Motion to Dismiss is immediately appealable. *See* 28 U.S.C. § 1291. This Notice of Appeal also divests the District Court of jurisdiction regarding the Defendants. "[N]otice of interlocutory appeal following a district court's denial of a defendant's immunity defense divests the district court of jurisdiction to proceed against that defendant." *Williams v. Brooks*, 996 F.2d 728, 729-30 (5th Cir. 1993)(per curiam); *see also Wooten v. Roach*, 964 F.3d 395, 412 (5th Cir. 2020). Because all claims are subject to Defendants' sovereign immunity defense, proceedings in District Court on Plaintiffs' claims against the Defendants are thus suspended pending resolution of this interlocutory appeal.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division
**RYAN KERCHER**
Deputy Chief, General Litigation Division

        */s/ Christina Cella*
        **CHRISTINA CELLA**
        Assistant Attorney General
        Texas State Bar No. 24106199
        Telephone: (512) 475-2952
        Christina.Cella@oag.texas.gov

        **AMY PLETSCHER**
        Assistant Attorney General
        Texas State Bar No. 24113663
        Telephone: (512) 936-0927
        Amy.Pletscher@oag.texas.gov

        Office of the Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, a true and correct copy of the foregoing document was served on all counsels of record.

        */s/ Christina Cella*
        **CHRISTINA CELLA**
        Assistant Attorney General
        Texas State Bar No. 24106199