# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND | § § § § § § | NO:   AU:23-CV-00858-ADA |

vs.

MARTHA WONG, KEVIN ELLIS, MIKE MORATH, AMICI ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE BOOKSELLERS, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS, ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC.

## ORDER RESETTING ZOOM STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM STATUS CONFERENCE by Zoom on September 19, 2023 at 03:00 PM .

IT IS SO ORDERED this 19th day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE