IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, <br><br>      Plaintiffs, <br><br>v. <br><br>MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education, <br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 1:23-cv-00858-ADA |

## ORDER

On this day, the Court considered Plaintiffs Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., and Comic Book Legal Defense Fund's ("Plaintiffs") Letter Motion Requesting Clarified Order to enjoin two additional provisions of House Bill 900 (Dkt. 49 "Letter Motion").

After consideration of the Letter Motion, the responses, and the replies, if any, the Court finds that the Letter Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the chair of the Texas State Library Martha Wong, chair of the Texas Board of Education Keven Ellis, and Commissioner of Education Mike Morath

1

and all of their officers, agents, employees, attorneys, and other persons in active concert with them ("Defendants") are ENJOINED from applying, enforcing, or attempting to enforce, either criminally or civilly, §§ 33.021(a), 33.021(d)(2)(A)(ii), 35.001, 35.002, 35.0021, and 35.003 of HB 900, the Restricting Explicit and Adult-Designated Educational Resources (READER) Act.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2023.

_____
JUDGE ALAN ALBRIGHT