IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education,<br><br>    Defendants. | CASE NO. 1:23-CV-00858-ADA |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND
PROPOSED ORDER REGARDING TIMING
OF AN APPLICATION FOR COSTS AND FEES**

Plaintiffs move the Court to enter the concurrently filed and attached hereto as Exhibit A, JOINT STIPULATION REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES and [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES, in order to clarify the timeline for Plaintiffs to file any application for costs or attorneys' fees. Plaintiffs have conferred with Defendants regarding the relief sought and Defendants do not oppose entry of the attached joint stipulation and proposed order.

DATED: September 25, 2023

        Respectfully submitted,

        <u>/s/ *Laura Lee Prather*</u>
        Laura Lee Prather
        Texas Bar No. 16234200
        laura.prather@haynesboone.com
        Catherine L. Robb
        Texas Bar No. 24007924
        catherine.robb@haynesboone.com
        Michael J. Lambert
        Texas Bar No. 24128020
        michael.lambert@haynesboone.com
        William Reid Pillifant
        Texas Bar No. 24126157
        reid.pillifant@haynesboone.com

        **HAYNES AND BOONE, LLP**
        600 Congress Avenue, Suite 1300
        Austin, Texas 78701
        Telephone: (512) 867-8400
        Facsimile: (512) 867-8470

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, a true and correct copy of the foregoing document, as well as the concurrently filed attachments titled Joint Stipulation Regarding Plaintiffs' Application for Costs and Fees and [Proposed] Order Regarding Plaintiffs' Application for Costs and Fees, was served via the Court's CM/ECF system to all counsel of record.

*/s/ Laura Lee Prather*
Laura Lee Prather