# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 1:23-CV-00858-ADA |

## JOINT STIPULATION REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES

WHEREAS, Local Rule CV-54(b) requires that "a claim for fees shall be made by motion in accordance with paragraph (b)(2) not later than 14 days after entry of judgment pursuant to Federal Rule of Civil Procedure 54. A motion for award of attorney's fees filed beyond the 14-day period may be deemed untimely and a waiver of entitlement to fees."

WHEREAS, Federal Rule of Civil Procedure 54(a) defines a "judgment" as "any order from which an appeal lies," including an order of preliminary relief.

WHEREAS, the parties have met, conferred, and agreed—without conceding that any sum is owed, or will be owed, to Plaintiffs or that Plaintiffs are legally entitled to such an award against Defendants—that it would be unnecessary to engage in motion practice or other dispute over costs and fees at this preliminary stage, since subsequent developments may bear upon the parties' respective positions.

WHEREAS, out of an abundance of caution and for the sake of obviating any procedural dispute or uncertainty, the parties therefore STIPULATE as follows:

Pursuant to Local Rule CV-54, Plaintiffs' Application for Costs and Fees, inclusive of those related to this Court's Order of preliminary relief (Dkt. #43), shall be due 14 days after entry of Final Judgment unless another date is mutually agreed upon by the parties in writing.

| | |
|---|---|
| DATED:  September 25, 2023 | HAYNES BOONE, LLP |
| | By: */s/ Laura Lee Prather*<br>　　Laura Lee Prather<br>　　Attorney for Plaintiffs |
| DATED:  September 25, 2023 | OFFICE OF THE TEXAS ATTORNEY GENERAL |
| | By: */s/ Christina Cella*<br>　　Christina Cella<br>　　Assistant Attorney General Attorney for Defendants |