UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND,<br><br>  Plaintiffs,<br><br>v.<br><br>MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of Education,<br><br>  Defendants. | CASE NO. 1:23-CV-00858-ADA |

### [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR COSTS AND FEES

Based on the parties' Joint Stipulation Regarding Plaintiffs' Application For Costs and Fees (Dkt. #_____) and finding good cause, IT IS HEREBY ORDERED that Plaintiffs' Application for Costs and Fees, inclusive of those related to this Court's Order of preliminary relief (Dkt. #43), shall be due 14 days after entry of final judgment, unless otherwise ordered by this Court.

SIGNED ON _____, 2023

_____
HON. ALAN ALBRIGHT
U.S. DISTRICT JUDGE