FILED
September 25, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

# United States Court of Appeals
## for the Fifth Circuit

---

No. 23-50668

---

BOOK PEOPLE, INCORPORATED; VBK, INCORPORATED, *doing business as* BLUE WILLOW BOOKSHOP; ASSOCIATION OF AMERICAN PUBLISHERS; AUTHORS GUILD, INCORPORATED; COMIC BOOK LEGAL DEFENSE FUND; AMERICAN BOOKSELLERS ASSOCIATION,

          *Plaintiffs—Appellees*,

*versus*

MARTHA WONG, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; KEVIN ELLIS, *in his official capacity the Chair of the Texas State Board of Education*; MIKE MORATH, *in his official capacity as the Commissioner of the Texas Education Agency*,

          *Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-858 ADA

---

## UNPUBLISHED ORDER

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that an administrative stay is entered pending further order of the court.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50668    Book People v. Wong
                         USDC No. 1:23-CV-858

Enclosed is an order entered in this case.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Casey A. Sullivan, Deputy Clerk
                                      504-310-7642

Ms. Christina Cella
Mr. Philip Devlin
Ms. Lanora Christine Pettit
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb