UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Book People, Inc., VBK, Inc., American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund**<br>　　　*Plaintiffs*,<br><br>v.<br><br>**Martha Wong, Keven Ellis, Mike Morath,**<br>　　　*Defendants.* | Civil No. 1: 23-CV-00858-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Mike Morath, in his official capacity as Commissioner of the Texas Education Agency, files this Notice of Appearance of Counsel and hereby notifies the Court that Special Counsel Munera Al-Fuhaid will appear as counsel for Defendant in the above-captioned case. Ms. Al-Fuhaid is admitted to practice in this Court and is a member in good standing with the State Bar of Texas.

Defendant respectfully requests that the parties and the Court copy Ms. Al-Fuhaid on all future papers filed or served in this action.

| | |
|---|---|
| Dated February 6, 2024 | Respectfully submitted. |

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2100

*Attorneys for Defendant*

CHRISTINA CELLA
Special Counsel for Legal Strategy
Attorney-in-Charge
Texas State Bar No. 24106199
Christina.Cella@oag.texas.gov

/s/ *Munera Al-Fuhaid*
MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

AMY PLETSCHER
Assistant Attorney General,
General Litigation Division
Texas Bar No. 24113663
Amy.pletscher@oag.texas.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a true and correct copy of the foregoing document was served on all counsel of record.

/s/ *Munera Al-Fuhaid*
MUNERA AL-FUHAID
Special Counsel