UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Book People, Inc., VBK, Inc., American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund**<br>    *Plaintiffs*,<br><br>v.<br><br>**Martha Wong, Keven Ellis, Mike Morath,**<br>    *Defendants.* | Civil No. 1: 23-CV-00858-ADA |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Defendant Mike Morath, in his official capacity as Commissioner of the Texas Education Agency, files this Unopposed Motion to Withdraw and Designation of Attorney in Charge and in support shows the following:

1. Current lead counsel of record is Christina Cella, formerly Assistant Attorney General for the General Litigation Division. Ms. Cella has accepted the position of Special Counsel for Legal Strategy for the Attorney General of Texas.

2. Amy Pletscher, Assistant Attorney General with the General Litigation Division, who previously appeared in this case has been assigned as Attorney in Charge.

3. WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court permit Christina Cella to withdraw as Counsel of Record and designate Amy Pletscher as Attorney in Charge.

| | |
|---|---|
| Dated February 7, 2024 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General | /s/ Christina Cella<br>CHRISTINA CELLA<br>Special Counsel for Legal Strategy |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas State Bar No. 24106199<br>Christina.Cella@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | AMY PLETSCHER<br>Attorney-in-Charge |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | Assistant Attorney General,<br>General Litigation Division<br>Texas Bar No. 24113663<br>Amy.pletscher@oag.texas.gov |
| RYAN D. WALTERS<br>Chief, Special Litigation Division | |

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2100

*Attorneys for Defendant*

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7 and AT-3, on February 7, 2024, I conferred with counsel for Plaintiffs regarding the relief sought in this motion. Plaintiffs are unopposed to this motion.

/s/ Christina Cella
CHRISTINA CELLA
Special Counsel for Legal Strategy

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, a true and correct copy of the foregoing document was served on all counsels of record.

/s/ Christina Cella
CHRISTINA CELLA
Special Counsel for Legal Strategy
