UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Book People, Inc., VBK, Inc., American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund<br>  *Plaintiffs*,<br><br>v.<br><br>Martha Wong, Keven Ellis, Mike Morath,<br>  *Defendants*. | Civil No. 1: 23-CV-00858-ADA |

**ORDER GRANTING
MOTION FOR WITHDRAWAL AND DESIGNATION OF COUNSEL**

On this date, the Court considered Defendant's Motion to Withdraw Christina Cella as Counsel and Designate Amy Pletscher as Lead Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Christina Cella is hereby withdrawn as counsel of record and Amy Pletscher is listed as lead counsel for the Defendant.

SO ORDERED and SIGNED this 8th day of February, 2024.

ALAN D ALBRIGHT
United States District Judge