# United States Court of Appeals
# for the Fifth Circuit

**FILED**

February 06, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw

DEPUTY

_____

No. 23-50668

_____

BOOK PEOPLE, INCORPORATED; VBK, INCORPORATED, *doing business as* BLUE WILLOW BOOKSHOP; ASSOCIATION OF AMERICAN PUBLISHERS; AUTHORS GUILD, INCORPORATED; COMIC BOOK LEGAL DEFENSE FUND; AMERICAN BOOKSELLERS ASSOCIATION,

*Plaintiffs—Appellees*,

*versus*

MARTHA WONG, *in her official capacity as the Chair of the Texas State Library and Archives Commission*; KEVIN ELLIS, *in his official capacity the Chair of the Texas State Board of Education*; MIKE MORATH, *in his official capacity as the Commissioner of the Texas Education Agency*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-858  ADA

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.


LYLE W. CAYCE, CLERK
United States Court of Appeals

No. 23-50668

for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 23-50668   Book People, Incorporated v. Wong
               USDC No. 1:23-CV-858

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

Mr. Thomas F. Allen Jr.
Mr. Joshua J. Bennett
Mr. James G. Byrd
Ms. Christina Cella
Mr. Philip Devlin
Mr. Ryan W Goellner
Ms. Kateland R. Jackson
Mr. Peter Drew Kennedy
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. Garrett Meisman
Mr. JT Morris
Ms. Lanora Christine Pettit
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Mr. Benjamin Edward Prengler
Ms. Catherine Lewis Robb
Mr. Kevin T. Shook
Ms. Catherine Bukowski Smith
Mr. Peter Steffensen
Ms. Linda Steinman
Mr. Chance Weldon
Mr. Benjamin Arnold West
Mr. Coy Allen Westbrook