# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND | § § § § § § | NO:   AU:23-CV-00858-ADA |

vs.

MARTHA WONG, KEVIN ELLIS, MIKE MORATH, AMICI ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE BOOKSELLERS, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS, ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC.

## ORDER SETTING ZOOM SCHEDULING CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM SCHEDULING CONFERENCE by Zoom on August 01, 2024 at 10:00 AM.

IT IS SO ORDERED this 2nd day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE