UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND,<br><br>**Plaintiffs,**<br><br>v.<br><br>MARTHA WONG, IN HER OFFICIAL CAPACITY AS THE CHAIR OF THE TEXAS STATE LIBRARY AND ARCHIVES COMMISSION; KEVIN ELLIS, IN HIS OFFICIAL CAPACITY THE CHAIR OF THE TEXAS STATE BOARD OF EDUCATION; MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF THE TEXAS EDUCATION AGENCY<br><br>**Defendants.** | CIVIL NO. A-23-CV-00858-ADA |

## ORDER DISMISSING CERTAIN DEFENDANTS

Pursuant to the mandate of the United States Court of Appeals for the Fifth Circuit, all claims against Defendants Martha Wong and Kevin Ellis in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is respectfully directed to terminate Defendants Wong and Ellis from this action. Defendant Mike Morath will remain as the sole defendant.

**SIGNED** this 16th day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE