IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, § § § § § § § § Plaintiffs, § § v. § § MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of the Texas Education Agency, § § § § § § § § § § § Defendants. § | CASE NO. 1:23-CV-00858-ADA |

## JOINT PROPOSED SCHEDULING ORDER

Plaintiffs Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., and Comic Book Legal Defense Fund ("Plaintiffs") and Defendant Mike Morath, in his official capacity as Commissioner of the Texas Education Agency (collectively, "the parties"), file this Joint Proposed Scheduling Order.

Due to scheduling conflicts, the parties in the above-referenced matter respectfully request that the Court extend the deadlines for discovery and motions for summary judgment, as follows:

|  | Original Deadline | Proposed Deadline |
|---|---|---|
| **Deadline to complete discovery** | October 1, 2024 | October 11, 2024 |
| **Deadline to file Motions for Summary Judgment** | November 1, 2024 | November 15, 2024 |

This request is made for the limited purpose of taking four depositions between October 1 and October 11, and to allow the parties sufficient time to complete their respective motions for summary judgment following the close of discovery.

AGREED:

By:   /s/ *Laura Lee Prather*
       Laura Lee Prather

       Attorney for Plaintiffs

By:   /s/ *Zachary Berg*
       Zachary Berg

       Attorney for Defendant
       Mike Morath


**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of September, 2024, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

/s/ *Laura Lee Prather*
Laura Lee Prather

## **SCHEDULING ORDER**

The above SCHEDULING ORDER is approved as the Scheduling Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

      SIGNED this day of _____, 20\_\_\_\_.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE