# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND § § § § § § | |
| **Plaintiffs** | |
| v. | NO:  1:23-CV-00858-AD |
| MARTHA WONG, KEVIN ELLIS, MIKE MORATH, AMICI ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE BOOKSELLERS, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS, ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC. | |
| **Defendants** | |

**AMENDED SCHEDULING ORDER**

Noting that the following is jointly filed, IT IS HEREBY ORDERED that the following deadlines be extended to the dates below.

|  | **Original Deadline** | **Modified Deadline** |
|---|---|---|
| Deadline to complete discovery | October 1, 2024 | October 11, 2024 |
| Deadline to file Motions for Summary Judgment | November 1, 2024 | November 15, 2024 |

SIGNED this 11th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE