IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, | § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CASE NO. 1:23-CV-00858-ADA |
| MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of the Texas Education Agency, | § § § § § § § § § § | |
| Defendants. | § | |

**JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER AND PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING**

Plaintiffs Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., and Comic Book Legal Defense Fund ("Plaintiffs") and Defendant Mike Morath, in his official capacity as Commissioner of the Texas Education Agency (collectively, "the parties"), file this Joint Motion to Modify Amended Scheduling Order and Page Limits for Summary Judgment Briefing.

On September 11, 2024, this Court issued an Amended Scheduling Order setting the deadline to file Motions for Summary Judgment as November 15, 2024. Because of the extensive factual background, complex legal issues, and evidence revealed in discovery, the parties respectfully request that the Court extend the deadlines to file motions for summary judgment,

responses to motions for summary judgment, and replies in support of motions for summary judgment as follows:

|  | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| **Deadline to file Motions for Summary Judgment** | November 15, 2024 | November 22, 2024 |
| **Deadline to file Responses to Motions for Summary Judgment** | November 29, 2024 | December 9, 2024 |
| **Deadline to file Replies in Support of Motions for Summary Judgment** | December 6, 2024 | December 20, 2024 |

For the same reasons, the parties also respectfully request that the Court extend the page limits for motions for summary judgment, responses to motions for summary judgment, and replies in support of motions for summary judgment as follows:

|  | **Original Page Limit** | **Proposed Page Limit** |
|---|---|---|
| **Motions for Summary Judgment** | 20 pages (L.R. CV-7(c)(2)) | 50 pages |
| **Responses to Motions for Summary Judgment** | 20 pages (L.R. CV-7(d)(3)) | 40 pages |
| **Replies in Support of Motions for Summary Judgment** | 10 pages (L.R. CV-7(e)(3)) | 20 pages |

These requests are made for good cause and in the interest of justice, not for the purposes of delay.

AGREED:

By: /s/ *Laura Lee Prather*
    Laura Lee Prather
    Texas Bar No. 16234200
    laura.prather@haynesboone.com
    Catherine L. Robb
    Texas Bar No. 24007924
    catherine.robb@haynesboone.com
    Michael J. Lambert
    Texas Bar No. 24128020

By: /s/ *Zachary Berg*
    Zachary Berg
    Special Counsel
    Texas Bar No. 24107706
    zachary.berg@oag.texas.gov
    Ryan Kercher
    Deputy Division Chief
    Special Litigation Division
    Texas Bar No. 24060998

| | |
|---|---|
| michael.lambert@haynesboone.com<br>William Reid Pillifant<br>Texas Bar No. 24126157<br>reid.pillifant@haynesboone.com | ryan.kercher@oag.texas.gov<br>Munera Al-Fuhaid<br>Special Counsel<br>Texas Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| **HAYNES AND BOONE, LLP** | **Office of the Attorney General**<br>**Special Litigation Division** |
| 98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 867-8400<br>Facsimile: (512) 867-8470 | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 936-0927<br>Facsimile: (512) 320-0667 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT MIKE MORATH** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 11th day of November, 2024, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

*/s/ Laura Lee Prather*
Laura Lee Prather