IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOOK PEOPLE, INC., VBK, INC. d/b/a BLUE WILLOW BOOKSHOP, AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND, <br><br>    Plaintiffs, <br><br> v. <br><br> MARTHA WONG in her official capacity as chair of the Texas State Library and Archives Commission, KEVEN ELLIS in his official capacity as chair of the Texas Board of Education, MIKE MORATH in his official capacity as Commissioner of the Texas Education Agency, <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | 1:23-CV-00858-ADA |

**ORDER GRANTING IN PART AND DENYING IN PART
JOINT MOTION TO MODIFY SCHEDULE AND EXCEED PAGE LIMITS**

Plaintiffs Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., and Comic Book Legal Defense Fund ("Plaintiffs") and Defendant Mike Morath, in his official capacity as Commissioner of the Texas Education Agency (collectively, "the parties"), filed a Joint Motion to Modify Amended Scheduling Order and Page Limits for Summary Judgment Briefing. ECF No. 84.

On September 11, 2024, this Court issued an Amended Scheduling Order setting the deadline to file Motions for Summary Judgment as November 15, 2024. The parties have jointly

requested the extensions below and the court understands that there is good cause for granting the following extensions:

|  | Original Deadline | Amended Deadline |
|---|---|---|
| **Deadline to file Motions for Summary Judgment** | November 15, 2024 | November 22, 2024 |
| **Deadline to file Responses to Motions for Summary Judgment** | November 29, 2024 | December 9, 2024 |
| **Deadline to file Replies in Support of Motions for Summary Judgment** | December 6, 2024 | December 20, 2024 |

For the same reasons, the parties also respectfully requested that the Court extend the page limits for motions for summary judgment, the Court is willing to grant an amended page limit as follows:

|  | Original Page Limit | Amended Page Limit |
|---|---|---|
| **Motions for Summary Judgment** | 20 pages (L.R. CV-7(c)(2)) | 30 pages |
| **Responses to Motions for Summary Judgment** | 20 pages (L.R. CV-7(d)(3)) | 30 pages |
| **Replies in Support of Motions for Summary Judgment** | 10 pages (L.R. CV-7(e)(3)) | 20 pages |

So **ORDERED** this 14th of November 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE