UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund,<br>    *Plaintiffs*,<br><br>v.<br><br>Martha Wong in her official capacity as chair of the Texas State Library and Archives Commission, Keven Ellis in his official capacity as chair of the Texas Board of Education, Mike Morath in his official capacity as Commissioner of Education,<br>    *Defendants*. | Case No. 1:23-cv-00858-ADA |

## ORDER

**IT IS HEREBY ORDERED** that the motions hearing in this matter, set for March 12, 2025, at 1:30 PM, is **CANCELLED** until further order from this Court.

**SIGNED** on February 26, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE