UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Book People, Inc., VBK, Inc. d/b/a | § | |
| Blue Willow Bookshop, American | § | |
| Booksellers Association, Association of | § | |
| American Publishers, Authors Guild, | § | |
| Inc., Comic Book Legal Defense Fund, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 1:23-cv-00858-ADA |
| | § | |
| Martha Wong in her official capacity | § | |
| as chair of the Texas State Library | § | |
| and Archives Commission, Keven | § | |
| Ellis in his official capacity as chair of | § | |
| the Texas Board of Education, Mike | § | |
| Morath in his official capacity as | § | |
| Commissioner of Education, | § | |
|     *Defendants*. | § | |

**ORDER**

**IT IS HEREBY ORDERED** that this action is set for a hearing on Plaintiffs'

Motion for Summary Judgment (Dkt. 88) and Defendant's Motion for Summary

Judgment (Dkt. 89) at **9:30 AM on July 25, 2025**.

**SIGNED** on March 10, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE