UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Book People, Inc., VBK, Inc. d/b/a Blue Willow Bookshop, American Booksellers Association, Association of American Publishers, Authors Guild, Inc., Comic Book Legal Defense Fund, *Plaintiffs*, <br><br> v. <br><br> Martha Wong in her official capacity as chair of the Texas State Library and Archives Commission, Keven Ellis in his official capacity as chair of the Texas Board of Education, Mike Morath in his official capacity as Commissioner of Education, *Defendants*. | Case No. 1:23-cv-00858-ADA |

## ORDER

**IT IS HEREBY ORDERED** that the hearing on Plaintiffs' Motion for Summary Judgment (Dkt. 88) and Defendants' Motion for Summary Judgment (Dkt. 89) is **RESET** for **August 14, 2025, at 1:30 pm**.

**SIGNED** on March 17, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE