# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., VBK, INC., AMERICAN BOOKSELLERS ASSOCIATION, ASSOCIATION OF AMERICAN PUBLISHERS, AUTHORS GUILD, INC., COMIC BOOK LEGAL DEFENSE FUND § § § § § § | CIVIL NO: AU:23-CV-00858-ADA |
| vs. | |
| MARTHA WONG, KEVIN ELLIS, MIKE MORATH, AMICI ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE BOOKSELLERS, INC., FREEDOM TO READ FOUNDATION, FREEDOM TO LEARN ADVOCATES, AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS, ASSOCIATION OF UNIVERSITY PRESSES, BARNES & NOBLE, INC. | |

## ORDER RESETTING MOTION HEARING [IN-PERSON]

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION HEARING [IN-PERSON]** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Friday, August 29, 2025 at 09:30 AM**.

IT IS SO ORDERED this 11th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

Case 1:23-cv-00858-ADA     Document 103     Filed 08/11/25     Page 2 of 2