## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| BOOK PEOPLE, INC., *et al.*<br>　　　*Plaintiffs*,<br><br>v.<br><br>MARTHA WONG, *et al.*,<br>　　　*Defendants.* | CIVIL NO. 1: 23-CV-00858-ADA |

### DEFENDANT MORATH'S NOTICE OF APPEAL

Defendant Mike Morath, in his official capacity as Commissioner of the Texas Education Agency, appeals this Court's Order entered on October 21, 2025, to the United States Court of Appeals for the Fifth Circuit. *See* Order, ECF No. 110.  That Order denied Defendant's Motion for Summary Judgment (ECF No. 89) and granted Plaintiffs' Motion for Summary Judgment (ECF No. 88) as to §§ 35.001, 35.002, 35.0021, and 35.003 of HB 900, the Restricting Explicit and Adult-Designated Educational Resources (READER) Act.

The Order denying motion for summary judgment is immediately appealable. *See* 28 U.S.C. § 1291 and F.R.A.P. 4.

Dated October 23, 2025

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN KERCHER
ATTORNEY IN CHARGE
Chief, Special Litigation Division
Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted.

/s/ *Zachary Berg*
ZACHARY BERG
Special Counsel
Texas State Bar No. 24107706

MUNERA AL-FUHAID
Special Counsel
Texas State Bar No. 24094501

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2100
ryan.kercher@oag.texas.gov
zachary.berg@oag.texas.gov
munera.al-fuhaid@oag.texas.gov

***Attorneys for Defendant***
***Mike Morath***

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing document was served on all counsels of record.

/s/ *Zachary Berg*
ZACHARY BERG