# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

BOOK PEOPLE, INC., VBK, INC.,
AMERICAN BOOKSELLERS
ASSOCIATION, ASSOCIATION OF
AMERICAN PUBLISHERS,
AUTHORS GUILD, INC., COMIC
BOOK LEGAL DEFENSE FUND
  *Plaintiffs,*

*v.*

MARTHA WONG, KEVIN ELLIS,
MIKE MORATH, AMICI
ASSOCIATION OF UNIVERSITY
PRESSES, BARNES & NOBLE
BOOKSELLERS, INC., FREEDOM TO
READ FOUNDATION, FREEDOM TO
LEARN ADVOCATES, AMERICAN
ASSOCIATION OF SCHOOL
LIBRARIANS, ASSOCIATION OF
UNIVERSITY PRESSES, BARNES &
NOBLE, INC.
  *Defendants.*

§ § § § § § § § § § § § § § § § § § § § § § § § § §

CIVIL NO: 1:23-CV-00858

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court receive and deposit into the Registry of the Court the amount of $1,229,269.23, which represents the total judgment entered into on December 23, 2025 (ECF 122). These funds shall remain in the Registry of the Court until the resolution of the pending appeal (Appellate Case No. 25-50891) of the Court's October 21, 2025 order (ECF 110) and further order from this Court.

**SIGNED** on April 27, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE